IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2014

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

DEMIAN ROBBINS, Plaintiff,

v.

STATE OF COLORADO,

CITY OF BOULDER,

PUBLIC DEFENDERS OFFICE,

DISTRICT ATTORNEY'S OFFICE,

BOULDER POLICE DEPT,

UNIVERSITY of CO at Boulder Law Clinic,

Officer Scott Sanders, Officer Elliot Dimond,

Officer Matt Fitzgerald, Officer Brian Connelly, Defendant(s).

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. __STATE OF COLORADO__
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   __136 STATE CAPITOL BLDG DNVR, CO 80203__

2. __CITY OF BOULDER__
   (Name, title, and address of first defendant)
   __1777 6th Street Boulder, CO 80302__

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Through the administering of power to various branches of the judicial & law enforcement entities.

3. __PUBLIC DEFENDERS OFFICE__
   (Name, title, and address of second defendant)
   __2555 55th ST #200 Boulder, CO 80301__

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   April Coleman was a chief rep of this agency & various policies and actions incurs liability.

4. __District ATTORNEY'S OFFICE__
   (Name, title, and address of third defendant)
   __1777 6th St Boulder, CO 80302__

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Sean Finn has been deputized to represent this agency and the records demonstrate liability

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)  2

(2.A)

- Boulder Police Department
  1805 33rd Boulder, CO 80301

various officers as well as policies and governorship belongs solely to the Boulder police department itself

- University of Colorado at Boulder
  Robert and Laura Hill Law Clinic
  Wolf Law Building, suite 105
  404 UCB, Boulder, CO 80309-0404

Violetta Chapin, Katie Petersen and various other persons have been acting under the express direction and instruction of the staff of this department. Ultimately the university as a whole is responsible as well.

- Officer Scott Sanders
  1805 33rd Street Boulder, CO 80301

Officer Sanders was on duty in his full capacity of police officer and operating in the color of his duty

- Officer Matthew Fitzgerald
  1805 33rd Street Boulder, CO 80301

- Officer Matthew Fitzgerald was on duty in his full capacity of a police officer and operating in the color of his duty

(2.B)

- Officer Elliot Dimond
  1805 33rd Street Boulder, Co 80301

  Officer Elliot Dimond was on duty in his full capacity as a police officer and operating in the color of his duty.

- Officer Brian Connelly
  1805 33rd Street Boulder, Co 80301

  Officer Brian Connelly was on duty in his full capacity as a police officer and operating in the color of his duty.

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    \_\_\_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____
    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

(3.A)

## Nature of the Case

Ever since I came to Boulder the police officers have very adamant about me getting the message that I was not wanted here. For every possible interaction I am found guilty of some infraction or violation of the law. On my first day of arrest in late August my friend Casey Pegan and I were play fighting and some nosey person started to video tape it. Casey got upset and told the guy to cut it out. # There supposed to be video tape of this event. # Anyway I tried to get Casey to leave but as we were walking away the "victim" began again with insults and provocation. Casey grabbed him and asked for me to punch him in the face. I end up in jail with Casey for Harassment (M3) & Obstruction (M2). Yet I did nothing illegal in this interaction.

I had to pay $575 to get out of jail out of a monthly income of $721 per month! Casey stayed in jail until the next court date. He ultimately got a $194 fine for court costs and community service. I was advised that by me pleading to a misdemeanor I could get this violation of my bail out of Colorado Springs. The public defender is lying to me about this. Yet I get out and Judge K Moore also attaches pre-trial services and a non drinking and or drugs stipulation.

(left margin: Boulder Police Dept / City of Boulder)


Case 1:14-cv-02858-LTB   Document 1   Filed 10/20/14   USDC Colorado   Page 7 of 16

(3.B)

yet none of the charges are for drinking and or drug consumption. Totally biased dealing when the Court via Judge K. Moore deals with my white counter part, Casey Regan, and myself. I have to call in every day and piss in a cup until the end of the case! I also have a probation officer (Noody at pretrial services) as if I am guilty of a conviction yet Casey Regan has nothing? He is done with this case altogether and submitted a statement accepting full responsibility for everything. Yet I am subjected to much worse treatment and I am innocent but I am black and Boulder is extremely racist! Judge Moore is very racist! Look at her treatment of defendants demographically.

After this I am harassed by the police and the racist locals keep calling the cops on me for nothing. I am then demonized socially and I am doing nothing. On 9/16/14, I was a victim of a racist, homophobic, religious persecutive & mental illness slurring hate crime. I got robbed and hit in the face with a skateboard and somehow arrested for assault! This is such a drastic example of the level of racism in this case that it boggles the mind! I was the only person with an injury. Look at my Facebook with Dave Devil as a profile picture and see my

(margin: City of Boulder; S. Sanders)

(3C)

ugly black eye! Yet officer Scott Sanders thinks that I should go to jail for assault and brandishing the same skateboard that hit me in the face as a weapon! He is both incompetent beyond understanding and racist. He refused to acknowledge the obvious hate crime and instead arrest the victim. Pure racism.

On or about 9/22/2014 at around 7pm in front of the 7-11 on the Hill in Boulder, CO I was again arrested for selling Adderall. I am being set up again because I filed an Internal Affairs complaint against Officer Sanders for his actions. The cops are lying their hearts out on the narrative of the discovery but my attorney April Coleman has at every turn given me misinformation. She told me that the University of Colorado Law Clinic was a favor she was doing for me. That 16-5-501 doesn't apply in the municipal courts in Colorado. That the person would be a lawyer and not a student and have the time to better represent me on the charge from above. This happens to be the case against Scott Sanders. Yet I am the one on trial for assault and facing 90 days. Scott Sanders refused to help me find my stuff & so did the other officers I gave my side of the story to. He refused to

(margin annotations: Fitzgerald & party ; S. Sanders)

(3D)

{ Officer Sanders } help embarrass Scott Sanders and insisted it was a defense issue not having to do with crime anymore. All I asked him to do was locate my watch at one of the pawnshops but he said they don't have the manpower for that. As Scott Sanders jokingly said if I see someone with my things then call the cops and hang up! This behavior is unacceptable and technically criminal!!

{ Officers Fitzgerald etc } In the POSSESSION with INTENT to distribute case I am arrested by police officers I already know in a narcotics "sting". How can police officers who responded on the scene of past calls possibly do undercover work on my case? Yet they frame me in somehow being a drug dealer that yells who wants Adderall like a vendor at a baseball game? The police department here are racist beyond belief. They were giving each other high fives when I got arrested yet I thought they were joking at first when I "stopped playing." I was arrested and then the DA & public defenders office take over in the collusive effort to obtain the worst conviction possible regardless of guilt or innocence.

April Coleman and Katie Petersen are attractive and intelligent women doing a job that is unliked and hate by

(3E)

most.

April Coleman has mislead me about:

1) The merits of a preliminary examination she told me I should waive it and that would be best

2) She mislead me about the discovery on my case. She said she could not demand it and or do anything but get a continuance on the case for preliminary hearing.

3) She used fear tactics for me to waive my hearing so there would still be offers of pleas in the future.

4) She gave me an offer, from Sean Finn the DA, for a pleading directly to the charge and getting 2 year DOC. Yet I have been complaining that the charge under article 12 & 27 isn't even applicable in my case.

5) She tried to play my mental health against me using it as a justification for doubt in my vast experience taken made with the legal system.

Sean Finn, a deputy DISTRICT Attorney, is even more sadistic and knowingly corrupt that Ms Coleman. He tells everyone, which is DA policy here, that if the preliminary hearing is not waived then all plea negotiations end and you get to sit in jail until the trial is over and enhancements and aggravations will be added. He also knowingly, and this is usually MO of the Boulder DA office, over charges

(April Coleman / Sean Finn annotations in left margin)

(3F)

Defendants, even if it wasnt applicable, to get the defendant to plead to a worse charge and scare them more. This is illegal and corrupt!! My ability to bond is effected and false imprisonment becomes even a more stark reality. How many people could have bonded out if their bond was reasonable. Judges like K. Moore work with the prosecution to make sure that isnt the case! My bond is $10,000 right now and I have absolutely no FTA's in my history! No reason to not come to court. The usual is rehabilitation for a drug felony yet I am being offered DOC and no treatment!

This is how racist, unfair and basically criminal is the actions of the judicial system here. No discovery but a outline of a narrative.

The University of Boulder (Colorado) law clinic is very, very guilty of not properly and illegally representing poor and disenfranchised clients. They also are guilty of allowing unlicensed students to practice law with real jail time consequences!

This is so classist and elitist it boggles ones mind. The poor dont count so much so we will let student lawyers practice on them. And the actual practice has lifelong consequences on the poor defendant. How dare CU play with futures in such a careless way!


C.U. {
Katie Petersen is an contestant and very likable person, but she is not qualified to practice law. She is only a 3rd year law "student", not an actual lawyer. Violetta Chapin isn't even really involved in the case and makes promises she doesn't follow through with. For instance she said that they would pick up my bag from property so I would not lose it. Then changed that in a Kate Petersen's later apology.
}

### D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: _Discrimination (Amended)_

   Supporting Facts:

   Please include everything from first filing and look for proper subsections in this factual narrative to further demonstrate points. All of this type of treatment falls under Discrimination.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: *City of Manitou Springs*

2. Docket number and court name: *1:14-CV-02739-BNB*

3. Claims raised in prior lawsuit: *Civil Right Violations*

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): *Pending*

5. If the prior lawsuit was dismissed, when was it dismissed and why? *N/A*

6. Result(s) of any appeal in the prior lawsuit: *N/A*

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)        7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

An apology in every Colorado & NY paper. A television apology from the Governor of Colorado and $777 million dollars in punitive damages.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  10/16/2014
            (Date)

_____
(Prisoner's Original Signature)

