IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02858-BNB

DEMIAN ROBBINS,

    Plaintiff,

v.

STATE OF COLORADO,
CITY OF BOULDER,
PUBLIC DEFENDERS OFFICE,
DISTRICT ATTORNEY'S OFFICE,
BOULDER POLICE DEPT,
UNIVERSITY OF CO AT BOULDER LAW CLINIC,
OFFICER SCOTT SANDERS,
OFFICER ELLIOT DIMONT,
OFFICER MATT FITZGERALD, and
OFFICER BRIAN CONNELLY,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Demian Robbins, is an inmate at the Boulder County Jail in Boulder, Colorado. On October 20, 2014, Mr. Robbins submitted to the Court for filing a Prisoner Complaint (ECF No. 1). The instant action was commenced because the Prisoner Complaint did not include a case number. However, based on a review of the claims in the Prisoner Complaint, it is apparent that Mr. Robbins submitted the Prisoner Complaint in response to an Order Directing Plaintiff to Cure Deficiencies in another pending case. *See Robbins v. City of Boulder*, No. 14-cv-02738-BNB (D. Colo. filed Oct. 7, 2014). Therefore, the instant action will be dismissed without prejudice, and a copy of the Prisoner Complaint will be filed in civil action number 14-cv-02738-BNB. All

future filings regarding Mr. Robbins' claims against the Defendants in this action should be made in civil action number 14-cv-02738-BNB. The Court notes that Mr. Robbins also has filed a separate civil action raising different claims against different Defendants. *See Robbins v. City of Manitou Springs*, No. 14-cv-02739-BNB (D. Colo. filed Oct. 7, 2014). In order to avoid confusion and delay in the consideration of his claims, Mr. Robbins must include the proper case number on all documents he files in an existing case. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice. It is

FURTHER ORDERED that the clerk of the Court file in civil action number 14-cv-02738-BNB a copy of the Prisoner Complaint (ECF No. 1) that was filed in this action.

DATED at Denver, Colorado, this  22nd  day of   October  , 2014.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court